[Cite as *04/24/2008 Case Announcements,* 2008-Ohio-1921.]

## MISCELLANEOUS DISMISSALS

**2007–2094. Cincinnati Ins. Co. v. Robert W. Setterlin & Sons.**
Franklin App. No. 07AP–47, 2007-Ohio-5094. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2008–0141. State ex rel. Caldwell v. Indus. Comm.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6):

**2007–1909. State ex rel. Excel, Inc. v. Indus. Comm.**
In Mandamus.

## RECONSIDERATION OF PRIOR DECISIONS

**2008–0117. State v. Hunter.**
Champaign App. No. 2006 CA 30, 2007-Ohio-5176. Reported at 117 Ohio St.3d 1465, 2008-Ohio-1801, ___ N.E.2d ___. On motion for reconsideration. Motion denied.